UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61267-CIV-SINGHAL

LORENZO SANCHEZ,

    Plaintiff,

v.

CITY OF CORAL SPRINGS, *et al.,*

    Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on a *sua sponte* review of the record. On August 4, 2021, Plaintiff's counsel moved to withdraw from representing Plaintiff in this case, (DE [29]), which the Court granted (DE [30]). In the withdrawal Order, the Court gave Plaintiff until August 26, 2021, to either: (a) retain new counsel and have counsel file a notice of appearance; or (b) file a notice of intent to proceed pro se. *Id.* The Court also cautioned Plaintiff that failure to comply may result in a dismissal without prejudice without further notice. *Id.* Plaintiff's now-withdrawn counsel filed a notice of compliance indicating that a copy of the withdrawal Order was both emailed and mailed to Plaintiff. (DE [31]).

The time for compliance has passed, and Plaintiff has neither retained new counsel nor filed a notice of intent to proceed pro se. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 27th day of August 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF and to Lorenzo Sanchez, pro se, via U.S. Mail